```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN JOHNSON,

                Plaintiff,

-against-

CITY OF NEW YORK; CORRECTION OFFICER CRUZ #1225; CORRECTION OFFICER RODRIGUEZ INTAKE; CAPT. CAMACHO INTAKE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2020

1:19-CV-9664 (VSB)

ORDER OF SERVICE

VERNON S. BRODERICK, United States District Judge:

    The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order.

    The Court requests that the City of New York, Correction Officer Cruz (Badge No. 1225), Correction Officer Rodriguez (assigned to the intake section of the Vernon C. Bain Center on April 9, 2019), and Correction Captain Camacho (assigned to the intake section of the Vernon C. Bain Center on April 9, 2019) waive service of summons.

    Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents."

Within 120 days of the date of this order, the City of New York, Cruz, Rodriguez, and Camacho must serve responses to those standard discovery requests. In their responses, the City of New York, Cruz, Rodriguez, and Camacho must quote each request verbatim.[1]

SO ORDERED.

Dated: February 4, 2020
New York, New York

Vernon S. Broderick
United States District Judge

---

[1] If Plaintiff would like copies of those discovery requests before receiving any responses and does not have access to the website, Plaintiff may request them from the Court's Pro Se Intake Unit.