UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
GLENN JOHNSON,                                           :
:
                    Plaintiff,          :
:   19-cv-9664 (VSB)
     -against-                                         :
:   **ORDER**
City of New York, et al.,                                :
:
                  Defendants.         :
:
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2020

VERNON S. BRODERICK, United States District Judge:

On October 1, 2020, I signed a Case Management Plan and Scheduling Order in the above-captioned case. (Doc. 21). On October 14, 2020, Plaintiff submitted a separate Case Management Plan and Scheduling Order that has at least some information that conflicts with the document I signed. (Doc. 22). Accordingly, it is hereby:

ORDERED that the operative Case Management Plan and Scheduling Order in the above-captioned action is at Doc. 21. To the extent that the parties wish to revise this, they are directed to file an amended Case Management Plan and Scheduling Order with the Court. The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: October 21, 2020
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge