```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
GLENN JOHNSON,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :
              -against-                                      :
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2021

19-cv-9664 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Plaintiff's January 22, 2021 letter, in which Plaintiff indicates that he seeks to amend his complaint and add a party.  (Doc. 27.)  Plaintiff is no longer permitted to amend his complaint as a matter of right.  *See* Fed. R. Civ. P. 15(a).  Accordingly, it is hereby:

ORDERED that if Plaintiff seeks to amend his complaint, he is instructed either to obtain Defendants' written consent or to file a motion for leave from the Court to file an amended complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2).

The Clerk is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: January 26, 2021
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge