UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GLEN JOHNSON,

                               **Plaintiff,**

       -against-

CITY OF NEW YORK, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2021

19-CV-09664 (VSB) (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      On June 9, 2021, the Honorable Vernon S. Broderick referred this case to my docket for general pretrial supervision. Because the Plaintiff's letter at ECF No. 40 requests evidence likely to be relevant to the scheduled depositions, the Court ORDERS Plaintiff's *pro bono* deposition counsel to meet and confer with defense counsel to address the issues raised in Plaintiff's letter. The parties shall file a joint letter with the Court by June 25, 2021, indicating if any disputes remain. Respectfully, the Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

Dated: June 10, 2021
       New York, New York